IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ISIS ABDUL,** | 09-CV-1304-BR |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

    Based on the Court's Opinion and Order (#_12_) issued December 3, 2010, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 3rd day of December, 2010.

                                            /s/ Anna J. Brown

                                            ANNA J. BROWN<br>
                                            United States District Judge

1 - JUDGMENT